# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148580

MELANIE SOKOLOWSKI, Guardian of
SKYLAR SOKOLOWSKI,
       Plaintiff-Appellant,

v

                                          SC: 148580
                                          COA: 311661

COUNTY OF MACOMB,
       Defendant-Appellee.
                                          Macomb CC: 2011-000632-NI

_____/

      On order of the Court, the application for leave to appeal the December 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      VIVIANO, J., did not participate because he presided over this case in the circuit court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014 _____

d0519


Clerk